CONCLUSION

We affirm the Board's dismissal of Mr. Baney's appeal for lack of jurisdiction.

**AFFIRMED**

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Guillermo MOJARRO, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2013–3108.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2013.

**Guillermo MOJARRO, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2013–3109.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2013.

Guillermo Mojarro, of Upland, CA, pro se.

Gregg Paris Yates, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Mandardt, Assistant Director.

RADER, Chief Judge, MOORE, and WALLACH, Circuit Judges.

Guillermo Mojarro, of Upland, CA, pro se.

Gregg Paris Yates, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Mandardt, Assistant Director.

RADER, Chief Judge, MOORE, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Joseph MANDELL, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2013–5092.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2013.

Joseph Mandell, of Oceanport, NJ, pro se.

Jennifer E. LaGrange, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director.

DYK, MOORE, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

WINTERHAWK OUTFITTERS, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2013–5063.

United States Court of Appeals,
Federal Circuit.

Oct. 16, 2013.

Todd E. Mackintosh, Wood, Ris & Hames, P.C., of Denver, Colorado, argued for plaintiff-appellant.

Ellen M. Lynch, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief was Diane M. Connolly, Attorney, United States Department of Agriculture, of Golden, Colorado.